HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SEIU HEALTHCARE 1199NW, <br><br> Plaintiff, <br> v. <br><br> PROVIDENCE HEALTH & SERVICES, d/b/a PROVIDENCE ST. PETER HOSPITAL <br><br> Defendant. | CASE NO. C17-6031 RBL <br><br> ORDER DENYING MOTION TO STAY |

THIS MATTER is before the Court on Plaintiff SEIU's Motion to Stay Denial of Preliminary Injunction [Dkt. 27]. The Court denied SEIU's motion for a preliminary injunction at the December 26, 2017 hearing, concluding that SEIU did not demonstrate they were likely to succeed on the merits. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); Dkt. 22. SEIU now seeks to stay that decision until an arbitrator issues a final decision on the SEIU-represented employees' grievance. For the same reason the Court denied the motion for preliminary injunction, SEIU's motion to stay at docket 27 is also DENIED.

IT IS SO ORDERED.

Dated this 2nd day of January, 2018.

Ronald B. Leighton
United States District Judge

ORDER DENYING MOTION TO STAY - 1